UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORESCO CO., LTD.,<br><br>          Plaintiff,<br><br>-against-<br><br>ALBERT OH,<br><br>          Defendant. | Case No. 15-CV-02841 (VM)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR PRE AND POST JUDGMENT INTEREST** |

**PLEASE TAKE NOTICE** that, upon the accompanying *Plaintiff's Memorandum of Law in Support of Its Motion for Pre and Post Judgment Interest*, Plaintiff Foresco Co., Ltd. ("Foresco"), pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1961, will move before the Honorable Victor Marrero of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 1007, for an order granting its motion requesting that the Court (a) amend the *Judgment*, dated June 5, 2018 (ECF No. 86) (the "Judgment"), in Foresco's favor and against Defendant Albert Oh in the amount of $1,254,449.90 *to include* $355,401.87 in pre-judgment interest and (b) to provide, out of an abundance of caution, for an award of post-judgment interest at the rate of 2.2275% to be applied in accordance with 28 U.S.C. § 1961 until such time as Defendant Albert Oh fully satisfies the Judgment.

**PLEASE TAKE FURTHER NOTICE** that any response to this motion must be served *no later than July 10, 2018 at 4:00 p.m. (Eastern Time)* on Foresco's undersigned counsel.

[*Texted Continued on the Following Page*]

**PLEASE TAKE FURTHER NOTICE** that Foresco requests the opportunity to be heard by oral argument if this motion is opposed.

Dated:  New York, New York
       June 26, 2018

Respectfully Submitted,

**HEATH D. ROSENBLAT, PLLC**

By:  */s/ Heath D. Rosenblat*
      Heath D. Rosenblat
101 West 23rd Street, #109
New York, New York 10011
Telephone: (917) 972-4255
Facsimile: (212) 202-5370
E-mail: heath.rosenblat@gmail.com

*Counsel for Plaintiff Foresco Co., Ltd.*